# United States Bankruptcy Court
### District of South Carolina

In re: **James Charles Hester / Shannon Elizabeth Hester**
Debtor(s)

Case No. **18-03903-dd**
Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **James Charles Hester**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Shannon Elizabeth Hester**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **August 3, 2018**    Signature **/s/ James Charles Hester**
**James Charles Hester**
Debtor

Date **August 3, 2018**    Signature **/s/ Shannon Elizabeth Hester**
**Shannon Elizabeth Hester**
Joint Debtor









Imaging - View Transaction     Page 1 of 1
Case 18-03903-dd   Doc 7   Filed 08/03/18   Entered 08/03/18 16:24:05   Desc Main
Document   Page 6 of 10









**ARTCRETE FLOORING CONCEPTS LLC**
1236 FIRST ST SOUTH STE B
COLUMBIA SC 72209

South State Bank

5304

7/20/2018

PAY TO THE ORDER OF: Jim Hester     $ **1,000.00

One Thousand and 00/100 ............................................. DOLLARS

Jim Hester
413 Corley Manor Ct.
Lexington, SC 29072

MEMO

>253271916<
Acct# ****************8226
2018-07-30
0888435701
Mobile Deposit

Jim Hester
For mobile deposit only