**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James Charles Hester** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–2787** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Shannon Elizabeth Hester** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6151** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of South Carolina** | | Date case filed for chapter   **7**   **8/2/18** |
| Case number:   **18–03903–dd** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James Charles Hester | Shannon Elizabeth Hester |
| 2. | **All other names used in the last 8 years** | aka Hester Drywall, Inc., aka HW Glass, LLC, aka Hester Properties Village LLC | aka Shay Hester Esthetics, LLC |
| 3. | **Address** | 413 Corley Manor Court <br> Lexington, SC 29072 | 413 Corley Manor Court <br> Lexington, SC 29072 |
| 4. | **Debtor's attorney** <br> Name and address | William Harrison Penn <br> McCarthy, Reynolds & Penn, LLC <br> 1517 Laurel Street (29201) <br> PO Box 11332 <br> Columbia, SC 29211–1332 | Contact phone 803–771–8836 <br> Email:  **None** |
| 5. | **Bankruptcy trustee** <br> Name and address | Robert F. Anderson <br> P.O. Box 76 <br> Columbia, SC 29202–0076 | Contact phone (803) 252–8600 <br> Email:  firm@andersonlawfirm.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **James Charles Hester** and **Shannon Elizabeth Hester**     Case number **18–03903–dd**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | J. Bratton Davis United States Bankruptcy Courthouse<br>1100 Laurel Street<br>Columbia, SC 29201–2423 | Hours open 9:00 am – 5:00 pm<br>Contact phone: 803–765–5436<br>Date: 8/3/18 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 31, 2018 at 11:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** **Valid photo identification required** *** | Location: **U.S. Trustee's Office, Room 557, Strom Thurmond Federal Building, 1835 Assembly Street, Columbia, SC 29201** |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/30/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Dismissal Notice** | This case may be dismissed without further notice or hearing should the debtor fail to comply with SC LBR 1017–2 (providing for dismissal for a failure to: pay the applicable filing fee, file or provide documents, or attend the meeting of creditors). | |
| **14. Miscellaneous Notice** | The Voice Case Information System (VCIS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's web site at www.scb.uscourts.gov for further information. Chapter 7 cases: Property of the estate may be abandoned by the trustee at the meeting of creditors unless creditors or parties in interest object to SC LBR 6007–1. | |

Official Form 309A (For Individuals or Joint Debtors)    **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of South Carolina

In re:                                                                    Case No. 18-03903-dd
James Charles Hester                                                      Chapter 7
Shannon Elizabeth Hester
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0420-3          User: dillard             Page 1 of 3          Date Rcvd: Aug 03, 2018
                              Form ID: b309a            Total Noticed: 93

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
```
db/jdb         +James Charles Hester,    Shannon Elizabeth Hester,    413 Corley Manor Court,
                 Lexington, SC 29072-8895
543473675      +Alantech,    8220 Wilkinson Blvd,    Charlotte NC 28214-7005
543473676       Aldora Alum and Glass,    PO Box 41087,   Charleston SC 29423-1087
543473677       Allwaste Services,    PO Box 1077,   Lexington SC 29071-1077
543473679      +Apex Graphix,    1415 Gervais Street,   Columbia SC 29201-3305
543473685      +BB&T,   c/o Smith Debnam Law,    PO Box 26268,   Raleigh NC 27611-6268
543473681       Baker Distributing,    PO Box 409635,   Atlanta GA 30384-9635
543473683      +Baptist Hospital,    PO Box 50685,   Columbia SC 29250-0685
543473686      +Bray & Long,    2820 Selwyn Avenue,   Suite 400,    Charlotte NC 28209-2762
543473687      +Bridgefield Employers Ins Co,    PO Box 148,   Florence SC 29503-0148
543473688      +Bridgefield Employers Insurance Co,    c/o Abbott McKissick & Hopewell LLC,    470 W Evans Street,
                 Florence SC 29501-3406
543473689      +Builders Mutual (IOA),    PO Box 900027,   Raleigh NC 27675-9027
543473700      +CK Supply,    PO Box 11377,   Columbia SC 29211-1377
543473691      +Capital Supply of Columbia,    PO Box 4610,   Columbia SC 29240-4610
543473692      +Capitol Materials of Savannah Inc,    PO Box 2847,   Savannah GA 31402-2847
543473693      +Carolina Fire Safety,    PO Box 2134,   Irmo SC 29063-7134
543473694      +Carolina Insulation Contractors,    PO Box 3607,   Florence SC 29502-3607
543473695      +Carolina Metal Systems,    PO Box 7441,   West Columbia SC 29171-7441
543473696      +Charter Communications,    c/o Sunrise Credit,   PO Box 9100,    Farmingdale NY 11735-9100
543473697      +City of Charlotte,    PO Box 1316,   Charlotte NC 28201-1316
543473698      +City of Clemson,    1250 Tiger Boulevard, Ste. 2,    Clemson SC 29631-2661
543473699      +City of Columbia,    PO Box 147,   Columbia SC 29202-0147
543473701      +Colonial Materials,    c/o Hannah Sheridan,   Loughridge & Cochran,    PO Box 2395,
                 Raleigh NC 27602-2395
543473702      +Colonial Materials,    PO Box 681627,   Charlotte NC 28216-0029
543473703      +Commercial Door Systems,    320 Camer Drive,   Bensalem PA 19020-7302
543473704      +Constructive Consulting,    29461 South Chisman Road,    Tracy CA 95304-8138
543473707      +Enterprise Rent A Car,    c/o Caine & Weiner,   PO Box 5010,    Woodland Hills CA 91365-5010
543473710      +Fastco,   5201-B Nations Ford Road,    Charlotte NC 28217-2078
543473711      +Federal Express,    PO Box 371461,   Pittsburgh PA 15250-7461
543473712      +First Palmetto,    PO Box 430,   Camden SC 29021-0430
543473713      +Fuelman,    PO Box 105080,   Atlanta GA 30348-5080
543473714      +Glazers On Demand,    7153 Georgia Hwy 32 West,    Douglas GA 31533-9251
543473715       Guaranteed Supply,    PO Box 36007,   Greensboro NC 27416-6007
543473716       Hilti Inc,    PO Box 382002,   Pittsburgh PA 15250-8002
543473717      +Hilti Inc,    c/o Crawford & Von Keller,   PO Box 4216,    Columbia SC 29240-4216
543473718       Home Depot,    PO Box 9055,   Des Moines IA 50368-9055
543473719      +Innovative Glass of America,    102 East Fields Street,    Dallas NC 28034-1718
543473720      +Insurance Office of America,    1221 Bower Parkway,    Suite 101,   Columbia SC 29212-3734
543473721      +Key Chemicals,    PO Box 160,   Aiken SC 29802-0160
543473727      +LS Stucco,    106 Riverbend Drive,   Beech Island SC 29842-7315
543473723      +Lexington Medical Center Urgent Care,    PO Box 3699,    Anderson SC 29622-3699
543473726      +Lowe’s,   c/o Monarch Recovery Management,    3260 Tillman Drive,    Suite 75,
                 Bensalem PA 19020-2059
543473729      +MP Drafting and Design,    PO Box 802,   New Hudson MI 48165-1802
543473730       New South Supply,    PO Box 162931,   Atlanta GA 30321-2931
543473731      +Northland Communications,    PO Box 802068,   Dallas TX 75380-2068
543473733      +Old Castle Building Envelope,    c/o Master Credit Consultants,    23240 Chagrin Blvd,
                 Suite 410,    Beachwood OH 44122-5415
543473732      +Old Castle Building Envelope,    10405 Granite Street,    Charlotte NC 28273-6378
543473735      +PNC Bank,    PO Box 5570,   Cleveland OH 44101-0570
543473736       PNC Treasury Management,    PO Box 856177,   Louisville KY 40285-6177
543473734       Pep Boys,    PO Box 8500-50446,   Philadelphia PA 19178-0446
543473737      +Ram Tool Construction Co,    c/o Cynthia M Lover PA,    2411 N Oak Street,
                 The Founders Centre Ste 305-D,    Myrtle Beach SC 29577-3173
543473738      +Ram Tool Construction Supply Co,    PO Box 1452,   North Myrtle Beach SC 29598-1452
543473739       Richland County,    PO Box 2687,   Columbia SC 29202-2687
543473740      +Richland County Treasurer,    PO Box 8028,   Columbia SC 29202-8028
543473741       Ricoh Copiers,    PO Box 532530,   Atlanta GA 30353-2530
543473745      ++SCANA AND SUBSIDIARIES,    220 OPERATION WAY,   MAIL CODE C 222,    CAYCE SC 29033-3701
                 (address filed with court:    SCE&G,   PO Box 100255,    Columbia SC 29202)
543473744      +Sams Club,    D&S Global Solutions,   13809 Research Blvd,    Suite 800,    Austin TX 78750-1211
543473746      +Selective Insurance Co of America,    c/o Stephen P Groves Sr,    Nexsen Pruet LLC,
                 205 King Street Suite 400,    Charleston SC 29401-3159
543473747      +Shuman Owens Supply Co Inc,    1515 Platt Springs Road,    West Columbia SC 29169-5523
543473751       Spectrum Charlotte,    PO Box 70872,   Charlotte NC 28272-0872
543473752       Staples,    PO Box 405386,   Atlanta GA 30384-5386
543473753      +Structure Smith,    103 Monroe Court,   Carrollton VA 23314-2732
543473754       Sunbelt,    PO Box 409211,   Atlanta GA 30384-9211
543473756      +TPM,    PO BOX 6705,   Greenville SC 29606-6705
543473755      +The Building Center,    10201 Industrial Drive,    Pineville NC 28134-6520
```

```
District/off: 0420-3           User: dillard               Page 2 of 3                   Date Rcvd: Aug 03, 2018
                               Form ID: b309a              Total Noticed: 93


543473757      Trulite Glass,    PO Box 935480,    Atlanta GA 31193-5480
543473758     +Tubelite Inc,    c/o Levi Wittenberg,    Harritt et al,    PO Box 730,    Sumter SC 29151-0730
543473759     +Tubulite Inc,    3056 Walker Ridge Dr NW,    Suite G,    Walker MI 49544-9133
543473760     +Tucker Kirby,    PO Box 32545,    Charlotte NC 28232-2545
543473761     +Tucker Materials,    728 Vine Street,    Columbia SC 29201-4642
543473762     +Vince Williams PE,    401 Stoneridge Court,    Blythewood SC 29016-7776
543473763     +Wholesale Glass,    1035 Dreyfuss Road,    Columbia SC 29201-4501
543473764     +XK Curtainwall Specialists,    4285 North Shiloh Drive,    No. 202,    Fayetteville AR 72703-5180
543473765      YKK AP America Inc,    PO Box 100497,    Atlanta GA 30384-0497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: hpenn@mccarthy-lawfirm.com Aug 03 2018 21:49:05      William Harrison Penn,
                 McCarthy, Reynolds & Penn, LLC,    1517 Laurel Street (29201),    PO Box 11332,
                 Columbia, SC  29211-1332
tr             EDI: QRFANDERSON.COM Aug 04 2018 01:43:00      Robert F. Anderson,    P.O. Box 76,
                 Columbia, SC  29202-0076
ust           +E-mail/Text: ustpregion04.co.ecf@usdoj.gov Aug 03 2018 21:49:20      US Trustee's Office,
                 Strom Thurmond Federal Building,    1835 Assembly St.,    Suite 953,    Columbia, SC 29201-2448
543473680      EDI: ATTWIREBK.COM Aug 04 2018 01:43:00      AT&T,    PO Box 105503,    Atlanta GA 30348-5503
543473678     +EDI: AMEREXPR.COM Aug 04 2018 01:43:00      American Express,    PO Box 650448,
                 Dallas TX 75265-0448
543473684     +E-mail/Text: bankruptcy@bbandt.com Aug 03 2018 21:49:17      BB&T,    PO Box 580050,
                 Charlotte NC 28258-0050
543473682      EDI: BANKAMER.COM Aug 04 2018 01:43:00      Bank of America,    PO Box 15710,
                 Wilmington DE 19886-5710
543473690     +EDI: CAPITALONE.COM Aug 04 2018 01:43:00      Capital One,    PO Box 71083,
                 Charlotte NC 28272-1083
543473705      E-mail/Text: eric.billings@coralind.com Aug 03 2018 21:49:48      Coral Industries,
                 PO Box 4458,    Dept 131,    Houston TX 77210-4458
543473706     +E-mail/Text: collections@datamax.com Aug 03 2018 21:49:18      Duke Energy,    c/o Datamax Corp,
                 711 Coliseum Plaza,    Winston Salem NC 27106-5350
543473709     +E-mail/Text: bknotices@mbandw.com Aug 03 2018 21:49:32      Exxon Mobil,
                 c/o McCarthy Burgess Wolfe,    PO Box 461210,    Bedford OH 44146-7020
543473722     +E-mail/Text: scockrell@lex-co.com Aug 03 2018 21:49:38      Lexington County Treasurer,
                 212 S. Lake Drive, Suite 102,    Lexington SC 29072-0001
543473724     +E-mail/Text: bankruptcies@libertymutual.com Aug 03 2018 21:49:23      Liberty Mutual,
                 PO Box 2051,    Keene NH 03431-7051
543473725      EDI: RMSC.COM Aug 04 2018 01:43:00      Lowe's,    PO Box 530954,    Atlanta GA 30353-0954
543473728     +E-mail/Text: updates@brennanclark.com Aug 03 2018 21:49:33      Montgomery Insurance,
                 c/o Brennan & Clark,    721 East Madison Street,    Suite 200,    Villa Park IL 60181-3082
543473742     +EDI: SALLIEMAEBANK.COM Aug 04 2018 01:43:00      Sallie Mae,    PO Box 8459,
                 Philadelphia PA 19101-8459
543473743      EDI: RMSC.COM Aug 04 2018 01:43:00      Sams Club,    PO Box 530981,    Atlanta GA 30353-0981
543473749     +E-mail/Text: bankruptcydepartment@tsico.com Aug 03 2018 21:49:42
                 Southern Medical Management,    c/o Transworld Systems,    PO Box 15618,    Dept 938,
                 Wilmington DE 19850-5618
543473750     +E-mail/Text: dl-csgbankruptcy@charter.com Aug 03 2018 21:49:54      Spectrum,
                 1900 Blue Crest Lane,    San Antonio TX 78247-4315
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
543473708     ##Exxon Mobil,    PO Box 688938,    Des Moines IA 50368-8938
543473748     ##+Southeastern Architectural,    21016 Catawba Avenue,    Cornelius NC 28031-8585
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                  Signature:  /s/Joseph Speetjens

```
District/off: 0420-3           User: dillard              Page 3 of 3              Date Rcvd: Aug 03, 2018
                               Form ID: b309a             Total Noticed: 93
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              Robert F. Anderson    firm@andersonlawfirm.net, randerson@ecf.epiqsystems.com
              US   Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
              William Harrison Penn    on behalf of Joint Debtor Shannon Elizabeth Hester
               hpenn@mccarthy-lawfirm.com,  sstancil@mccarthy-lawfirm.com
              William Harrison Penn    on behalf of Debtor James Charles Hester hpenn@mccarthy-lawfirm.com,
               sstancil@mccarthy-lawfirm.com
                                                                                            TOTAL: 4
```