# Notice Recipients

District/Off: 0420−3    User: dillard    Date Created: 10/5/2018
Case: 18−03903−dd    Form ID: 159BNC    Total: 97

**Recipients of Notice of Electronic Filing:**
ust    US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
aty    William Harrison Penn    hpenn@mccarthy−lawfirm.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    James Charles Hester    413 Corley Manor Court    Lexington, SC 29072
jdb    Shannon Elizabeth Hester    413 Corley Manor Court    Lexington, SC 29072
tr    Robert F. Anderson    P.O. Box 76    Columbia, SC 29202−0076
543473680    AT&T    PO Box 105503    Atlanta GA 30348−5503
543473675    Alantech    8220 Wilkinson Blvd    Charlotte NC 28214
543473676    Aldora Alum and Glass    PO Box 41087    Charleston SC 29423−1087
543473677    Allwaste Services    PO Box 1077    Lexington SC 29071−1077
543473678    American Express    PO Box 650448    Dallas TX 75265
543473679    Apex Graphix    1415 Gervais Street    Columbia SC 29201
543473684    BB&T    PO Box 580050    Charlotte NC 28258
543473685    BB&T    c/o Smith Debnam Law    PO Box 26268    Raleigh NC 27611
543473681    Baker Distributing    PO Box 409635    Atlanta GA 30384−9635
543473682    Bank of America    PO Box 15710    Wilmington DE 19886−5710
543473683    Baptist Hospital    PO Box 50685    Columbia SC 29250
543473686    Bray & Long    2820 Selwyn Avenue    Suite 400    Charlotte NC 28209
543473687    Bridgefield Employers Ins Co    PO Box 148    Florence SC 29503
543473688    Bridgefield Employers Insurance Co    c/o Abbott McKissick & Hopewell LLC    470 W Evans Street    Florence SC 29501
543473689    Builders Mutual (IOA)    PO Box 900027    Raleigh NC 27675
543473700    CK Supply    PO Box 11377    Columbia SC 29211
543473690    Capital One    PO Box 71083    Charlotte NC 28272
543473691    Capital Supply of Columbia    PO Box 4610    Columbia SC 29240
543473692    Capitol Materials of Savannah Inc    PO Box 2847    Savannah GA 31402
543473693    Carolina Fire Safety    PO Box 2134    Irmo SC 29063
543473694    Carolina Insulation Contractors    PO Box 3607    Florence SC 29502
543473695    Carolina Metal Systems    PO Box 7441    West Columbia SC 29171
543473696    Charter Communications    c/o Sunrise Credit    PO Box 9100    Farmingdale NY 11735
543473697    City of Charlotte    PO Box 1316    Charlotte NC 28214
543473698    City of Clemson    1250 Tiger Boulevard, Ste. 2    Clemson SC 29631
543473699    City of Columbia    PO Box 147    Columbia SC 29217
543473702    Colonial Materials    PO Box 681627    Charlotte NC 28216
543473701    Colonial Materials    c/o Hannah Sheridan    Loughridge & Cochran    PO Box 2395    Raleigh NC 27602
543473703    Commercial Door Systems    320 Camer Drive    Bensalem PA 19020
543473704    Constructive Consulting    29461 South Chisman Road    Tracy CA 95304
543473705    Coral Industries    PO Box 4458    Dept 131    Houston TX 77210−4458
543473706    Duke Energy    c/o Datamax Corp    711 Coliseum Plaza    Winston Salem NC 27106
543473707    Enterprise Rent A Car    c/o Caine & Weiner    PO Box 5010    Woodland Hills CA 91365
543473708    Exxon Mobil    PO Box 688938    Des Moines IA 50368−8938
543473709    Exxon Mobil    c/o McCarthy Burgess Wolfe    PO Box 461210    Bedford OH 44146
543473710    Fastco    5201−B Nations Ford Road    Charlotte NC 28217
543473711    Federal Express    PO Box 371461    Pittsburgh PA 15250
543473712    First Palmetto    PO Box 430    Camden SC 29021
543473713    Fuelman    PO Box 105080    Atlanta GA 30348
543482670    GUARANTEED SUPPLY COMPANY    PO BOX 36007    GREENSBORO NC 27416
543473714    Glazers On Demand    7153 Georgia Hwy 32 West    Douglas GA 31533
543473715    Guaranteed Supply    PO Box 36007    Greensboro NC 27416−6007
543473716    Hilti Inc    PO Box 382002    Pittsburgh PA 15250−8002
543473717    Hilti Inc    c/o Crawford & Von Keller    PO Box 4216    Columbia SC 29240
543473718    Home Depot    PO Box 9055    Des Moines IA 50368−9055
543473719    Innovative Glass of America    102 East Fields Street    Dallas NC 28034
543473720    Insurance Office of America    1221 Bower Parkway    Suite 101    Columbia SC 29212−3732
543473721    Key Chemicals    PO Box 160    Aiken SC 29802
543473727    LS Stucco    106 Riverbend Drive    Beech Island SC 29842
543473722    Lexington County Treasurer    212 S. Lake Drive, Suite 102    Lexington SC 29072
543473723    Lexington Medical Center Urgent Care    PO Box 3699    Anderson SC 29622
543473724    Liberty Mutual    PO Box 2051    Keene NH 03431
543473725    Lowe's    PO Box 530954    Atlanta GA 30353−0954
543473726    Lowe's    c/o Monarch Recovery Management    3260 Tillman Drive    Suite 75    Bensalem PA 19020
543473729    MP Drafting and Design    PO Box 802    New Hudson MI 48165

| | | | | | |
|---|---|---|---|---|---|
| 543473728 | Montgomery Insurance | c/o Brennan & Clark | 721 East Madison Street | Suite 200 | Villa Park IL 60181 |
| 543473730 | New South Supply | PO Box 162931 | Atlanta GA 30321–2931 | | |
| 543473731 | Northland Communications | PO Box 802068 | Dallas TX 75240 | | |
| 543473732 | Old Castle Building Envelope | 10405 Granite Street | Charlotte NC 28273 | | |
| 543473733 | Old Castle Building Envelope | c/o Master Credit Consultants | 23240 Chagrin Blvd | Suite 410 | Beachwood OH 44122 |
| 543473735 | PNC Bank | PO Box 5570 | Cleveland OH 44101 | | |
| 543473736 | PNC Treasury Management | PO Box 856177 | Louisville KY 40285–6177 | | |
| 543473734 | Pep Boys | PO Box 8500–50446 | Philadelphia PA 19178–0446 | | |
| 543473737 | Ram Tool Construction Co | c/o Cynthia M Lover PA | 2411 N Oak Street | The Founders Centre Ste 305–D | Myrtle Beach SC 29577 |
| 543473738 | Ram Tool Construction Supply Co | PO Box 1452 | North Myrtle Beach SC 29598 | | |
| 543473739 | Richland County | PO Box 2687 | Columbia SC 29202–2687 | | |
| 543473740 | Richland County Treasurer | PO Box 8028 | Columbia SC 29202 | | |
| 543473741 | Ricoh Copiers | PO Box 532530 | Atlanta GA 30353–2530 | | |
| 543473745 | SCE&G | PO Box 100255 | Columbia SC 29202 | | |
| 543473742 | Sallie Mae | PO Box 8459 | Philadelphia PA 19101 | | |
| 543473744 | Sams Club | D&S Global Solutions | 13809 Research Blvd | Suite 800 | Austin TX 78758 |
| 543473743 | Sams Club | PO Box 530981 | Atlanta GA 30353–0981 | | |
| 543473746 | Selective Insurance Co of America | c/o Stephen P Groves Sr | Nexsen Pruet LLC | 205 King Street Suite 400 | Charleston SC 29401 |
| 543473747 | Shuman Owens Supply Co Inc | 1515 Platt Springs Road | West Columbia SC 29169 | | |
| 543473748 | Southeastern Architectural | 21016 Catawba Avenue | Cornelius NC 28031 | | |
| 543473749 | Southern Medical Management | c/o Transworld Systems | PO Box 15618 | Dept 938 | Wilmington DE 19850 |
| 543473750 | Spectrum | 1900 Blue Crest Lane | San Antonio TX 78247 | | |
| 543473751 | Spectrum Charlotte | PO Box 70872 | Charlotte NC 28272–0872 | | |
| 543473752 | Staples | PO Box 405386 | Atlanta GA 30384–5386 | | |
| 543473753 | Structure Smith | 103 Monroe Court | Carrollton VA 23314 | | |
| 543473754 | Sunbelt | PO Box 409211 | Atlanta GA 30384–9211 | | |
| 543473756 | TPM | PO BOX 6705 | Greenville SC 29606 | | |
| 543473755 | The Building Center | 10201 Industrial Drive | Pineville NC 28134 | | |
| 543473757 | Trulite Glass | PO Box 935480 | Atlanta GA 31193–5480 | | |
| 543473758 | Tubelite Inc | c/o Levi Wittenberg | Harritt et al | PO Box 730 | Sumter SC 29151 |
| 543473759 | Tubulite Inc | 3056 Walker Ridge Dr NW | Suite G | Walker MI 49544 | |
| 543473760 | Tucker Kirby | PO Box 32545 | Charlotte NC 28232 | | |
| 543473761 | Tucker Materials | 728 Vine Street | Columbia SC 29201 | | |
| 543473762 | Vince Williams PE | 401 Stoneridge Court | Blythewood SC 29016 | | |
| 543473763 | Wholesale Glass | 1035 Dreyfuss Road | Columbia SC 29201 | | |
| 543473764 | XK Curtainwall Specialists | 4285 North Shiloh Drive | No. 202 | Fayetteville AR 72703 | |
| 543473765 | YKK AP America Inc | PO Box 100497 | Atlanta GA 30384–0497 | | |

TOTAL: 95