# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>James Charles Hester and Shannon Elizabeth Hester,<br><br>Debtors. | Case No. 18-03903-dd<br><br>**ORDER ON TRUSTEE'S OBJECTIONS TO CLAIM NO. 17**<br><br>Chapter 7 |

Robert F. Anderson, Chapter 7 Trustee, filed his objections to certain claims against the estate on August 9, 2019 and notice of these objections having been sent to the individual claimants named and to their attorneys of record, giving the claimants or their attorneys an opportunity to respond or request a hearing, and no responses or request for hearing having been filed (or if filed, having been resolved), it is

ORDERED that Claim No. 17 filed by L&W Supply Corporation d/b/a CK Supply, is disallowed as such claim is against a corporate entity owned by the Debtors, Hester Drywall, Inc., which is not a part of this case.